IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
SEP 18 2012
THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

| | | |
|---|---|---|
| Anthony L. Moore, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | No. 10-CV-7376 |
| | ) | |
| Vs. | ) | JUDGE HOLDERMAN |
| | ) | |
| PIPEFITTERS' ASSOCIATION, | ) | MAGISTRATE |
| LOCAL UNION 597, | ) | JUDGE COLE |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

To: Aimee E. Delaney
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601

Please note, on Tuesday September 18, 2012, I will file the attached **motion for extension of time,** at the U.S. District Court Northern District of Illinois, clerk's office. A copy will be mailed to your office via first class U.S. Mail.

**Pro Se Litigant**
**Anthony L. Moore**
**536 Morris Ave.**
**Bellwood, IL 60104**

*Anthony L. Moore*
9/18/2012



IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
SEP 18 2012
THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

| | | |
|---|---|---|
| **Anthony L. Moore,** | ) | CIVIL ACTION |
| Plaintiff, | ) | No. 10-CV-7376 |
| Vs. | ) | JUDGE HOLDERMAN |
| **PIPEFITTERS' ASSOCIATION, LOCAL UNION 597,** | ) | MAGISTRATE JUDGE COLE |
| Defendant. | ) | |

### PLAINTIFF'S MOTION FOR EXTENSION OF DISCOVERY

Now comes the Pro Se Plaintiff, Anthony L. Moore, to pray before the court of Chief Judge Holderman and Magistrate Cole.

As of 9/14/2012 the EEOC Chicago District Office has officially "closed" the charge Moore v. pipefitters' #210-2004-04705. Furthermore, it has come to my attention that EEOC supervisor Nanisa Strickler has ceased "processing" all complaints regarding myself (Moore) and the other 12 Afro-American Union members.

As the Court may recall, Counsel for the EEOC Mr. Cohen was summoned to Court and provided documentation/justification regarding the "confidentiality" of the "investigative files" generated by Supervisor Strickler and her staff. As you may recall I was denied these files.

Due to the abovementioned changes in my case, which the timing of I have no control over, I humbly request an additional 30 days before the close of discovery. That request would close discovery on October 26, 2012.

(1)

It is my prayer that the Court and Counsel Delaney understand the gravity of these events. Again, as with most discoverable information in this case there should be large files going back to 2002. As of the time of this writing, I do not know what format these documents are in. I am in the process of contacting the EEOC for the records, but I hope the Court knows I had no way to anticipate the changing gravity of this case.

Therefore, it is my prayer that the Court extend close of discovery until October 26, 2012.

## **CERFIFICATE OF SERVICE**

I certify that on Tuesday September 18, 2012 I will file a copy of **Plaintiff's motion for extension of discovery,** at the clerk's office of the U.S. District Court located at 219 S. Dearborn Chicago, IL. A copy has been sent, via first class U. S. mail, to the law office listed below.

To: Aimee E. Delaney
    Hinshaw & Culbertson LLP
    222 N. LaSalle Street, Suite 300
    Chicago, IL 60601

                                          **Anthony L. Moore**
                                          **Pro Se Litigant**

*[signature: Anthony R. Moore]*
9/18/2012