UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Anthony L. Moore
    Plaintiff,

v.    Case No.: 1:10−cv−07376
    Honorable James F. Holderman

Local Union 597 Pipefitters' Association, et al.
    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 9, 2012:

    MINUTE entry before Honorable James F. Holderman: Status hearing held and continued to 11/1/12 at 9:00 a.m. Plaintiff's motion for extension of discovery [110] is granted for the limited purpose of pursuing records from the EEOC. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.