# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Anthony L. Moore

Plaintiff,

v.

Case No.: 1:10–cv–07376
Honorable James F. Holderman

Local Union 597 Pipefitters' Association, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 6, 2012:

     MINUTE entry before Honorable James F. Holderman: Status hearing held and continued to 1/15/13 at 9:00 a.m. EEOC must provide access and copies, if requested, of the file as it exists to counsel and it will be held attorneys' eye's only. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.