EEOC Form 161-B (11/09)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Anthony L. Moore
536 Morris
Bellwood, IL 60104

CERTIFIED MAIL 7001 0320 0006 1098 4904

From: Chicago District Office
500 West Madison St
Suite 2000
Chicago, IL 60661

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 210-2004-04705 AMENDED | Nanisa Strickler, Enforcement Supervisor | (312) 869-8137 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[ ] The EEOC is terminating its processing of this charge.

[X] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

John P. Rowe,
District Director

1/24/11
(Date Mailed)

cc: PIPEFITTERS LOCAL #597

Case: 1:10-cv-07376 Document #: 122-1 Filed: 01/22/13 Page 2 of 9 PageID #:744
Case: 1:10-cv-07376 Document #: 32 Filed: 06/02/12 Page 8 of 104 PageID #:363

# October 1, 2001

# AREA agreement

by and between




**Reprinted to Reflect Amendments Adopted**
May 2002 & September 2003

Exhibit B-1



# AREA agreement

Adopted and Effective
October 1, 2001

**Reprinted to Reflect Amendments Adopted
May 2002 & September 2003**

This Agreement is made as of the first day of October, 2001, by and between Mechanical Contractors Association of Chicago, Illinois, (hereinafter for convenience referred to as "Association"), for and on behalf of Employers, and Pipe Fitters Association of Chicago, Illinois, (hereinafter for convenience referred to as "Union"), for and on behalf of Employees. The Union is further identified as Local Union 597 in its affiliation with the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry in its affiliation with the A.F.L.-C.I.O.

**Mechanical Contractors Association**
221 N LaSalle, Suite 3400, Chicago, Illinois 60601
Phone: 312/384-1220



&

**Pipe Fitters Association, Local Union 597, U.A.**
45 North Ogden Avenue, Chicago, Illinois, 60607
Phone: 312/829-4191



# June 1, 2006

# AREA AGREEMENT

By and Between

**Mechanical Contractors Association**

and

**Pipe Fitters Association, Local Union 597, U.A.**

Exhibit B-2

**IN WITNESS WHEREOF**, the Association has caused this instrument to be signed by its President and attested by its Secretary and the corporate seal affixed thereto, and the Union has caused this instrument to be signed by its duly authorized agents as of the day and year first above written.

Attest: MECHANICAL CONTRACTORS ASSOCIATION
John Stern, Secretary                By Kathleen McCauley, President

Attest: Pipe Fitters' ASSOCIATION, LOCAL UNION 597
J. Kuszynski, Secretary              By James Buchanan, Business Manager

Approved and adopted by unanimous action of the Joint Arbitration Board this 24th day of April A.D. 2006, to become effective as of June 1, 2006.

### JOINT ARBITRATION BOARD

| MECHANICAL CONTRACTORS ASSOCIATION | PIPE FITTERS' ASSOCIATION LOCAL UNION 597 |
|---|---|
| J. Curran, Chairman | J. Buchanan, JAB Secretary-Treasurer |
| K. Condon, T. Smerz | C. Cade, J. Kuszynski |
| G. Kearney, P. Troyke | G. Watson, J. Leen |
| J. Nowicki, F. Oyer | |
| M. Temple | |

S. L. Lamb, Recording Secretary

# June 1, 2008
# AREA AGREEMENT

By and Between

## Mechanical Contractors Association

and

## Pipe Fitters Association, Local Union 597, U.A.

Exhibit B-3

# AREA AGREEMENT

Adopted and Effective
June 1, 2008

This Agreement is made as of the first day of June, 2008, by and between the Mechanical Contractors Association of Chicago, Illinois (hereinafter for convenience referred to as "Association"), for and on behalf of Employers, and Pipe Fitters Association of Chicago, Illinois, (hereinafter for convenience referred to as "Union"), for and on behalf of Employees. The Union is further identified as Local Union 597 in its affiliation with the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry in its affiliation with the A.F.L.-C.I.O.

Mechanical Contractors Association
7065 Veterans Boulevard
Burr Ridge, Illinois 60527
Phone: 312-384-1220

&

Pipe Fitters Association, Local Union 597, U.A.
45 North Ogden Avenue
Chicago, Illinois 60607
Phone: 312-829-4191

## ARTICLE XIII

### Conflicting Agreements

**Section 1 - Conflicting Agreements**

The Union and the Association, and all Employers hereby agree that they will not, within the Territorial and Trade Jurisdictions of the Union, enter into any agreement which affects work performed under this Agreement, and which contains a provision in conflict with this Agreement, unless such Agreement is approved by the Joint Arbitration Board.

**Section 2 - Conflicting By-Laws and Working Rules**

The parties agree that neither will pass nor enforce by-laws or working rules conflicting with this Agreement.

## ARTICLE XIV

### Duration of Agreement

This Agreement, and all amendments and modifications thereto, shall remain in full force and effect until June 1, 2011, and from year to year thereafter unless terminated effective on any June 1 on and after June 1, 2011, by written notice given by either the Union or the Association to the other at least six (6) calendar months prior to the effective date of termination. Either the Union or a non-member of the Association may terminate this Agreement as to said non-member by like written notice given by either the Union or such non-member to the other, effective on a date as above specified.

Any such notice with regard to a non-member of the Association shall also be given to the Association and shall effect a termination of the Association's representation of such non-member and of such non-member being a part of the collective bargaining unit, effective on said effective date of termination, provided however, such non-member may not give such notice, and said notice shall be of no effect, while negotiations are in process between the Union and the Association or by the Joint Arbitration Board.

The foregoing notwithstanding, this Agreement may be reopened for limited renegotiation as provided in Article III, Section 7, and for supplements as provided in Article XII, Section 3(a). In all other respects, this Agreement shall remain in full force and effect unless changed or modified by mutual consent of the Union and the Association.

## ARTICLE XV

### Acceptance and Nontransferability of Agreement

**Section 1 - Subscription Acceptance**

The Union and the Association hereby accept the subscription to this Agreement, in accordance with the terms thereof.

29

**IN WITNESS WHEREOF**, the Association has caused this instrument to be signed by its President and attested by its Secretary and the corporate seal affixed thereto, and the Union has caused this instrument to be signed by its duly authorized agents as of the day and year first above written.

Attest: MECHANICAL CONTRACTORS ASSOCIATION

_(signature)_ Rich Stovall, Secretary

_(signature)_ By David Weiner, President

Attest: Pipe Fitters' ASSOCIATION, LOCAL UNION 597

_(signature)_ T. Kotel, Secretary

_(signature)_ By James Buchanan, Business Manager

Approved and adopted by unanimous action of the Joint Arbitration Board this 25th day of March A.D. 2008, to become effective as of June 1, 2008.

## JOINT ARBITRATION BOARD

| MECHANICAL CONTRACTORS ASSOCIATION | PIPE FITTERS' ASSOCIATION LOCAL UNION 597 |
|---|---|
| J. Curran, Chairman | J. Buchanan, JAB Secretary-Treasurer |
| B. Helm, T. Kelleher | J. Kuszynski, T. Kotel |
| F. Oyer, M. Pittas | G. Watson, J. Leen |
| R. Scheck, D. Sharpe | |
| T. Smerz | |

S. L. Lamb, Recording Secretary