**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANTHONY L. MOORE, ) | |
| ) | |
|    *Plaintiff,* ) | Case No. 10-cv-07376 |
| ) | |
| v. ) | Judge James F. Holderman |
| ) | Magistrate Judge Jeffrey Cole |
| PIPEFITTERS ASSOCIATION ) | |
| LOCAL UNION 597, U.A., ) | JURY TRIAL DEMANDED |
| ) | |
|    *Defendant.* ) | |

**PLAINTIFF'S MOTION TO REOPEN AND/OR EXTEND DISCOVERY**

For the reasons presented in his concurrently-filed Memorandum, plaintiff Anthony Moore, by his attorneys, respectfully requests that the Court allow him an additional 90 days to complete discovery in this case.

February 7, 2013                                    Respectfully submitted,

                                                                                 /s/ Jamie S. Franklin
                                                                                 Jamie S. Franklin

Jamie S. Franklin, ARDC No. 6242916
THE FRANKLIN LAW FIRM LLC
53 W. Jackson Blvd., Ste. 803
Chicago, IL 60604
(312) 662-1008
(312) 662-1015 (fax)
jsf@thefranklinlawfirm.com

Wesley E. Johnson
Jessica Tovrov
GOODMAN LAW OFFICES LLC
105 W. Madison St., Ste. 1500
Chicago, IL 60602
(312) 752-4828
(312) 264-2535 (fax)

## **CERTIFICATE OF SERVICE**

  I, the undersigned, certify that the foregoing document, Plaintiff's Motion to Reopen and/or Extend Discovery, was served by the Electronic Case Filing system of the United States District Court for the Northern District of Illinois on February 7, 2013 on the parties listed below.

                              /s/ Jamie S. Franklin

**Service List:**

Tom H. Leutkemeyer
Aimee E. Delaney
HINSHAW & CULBERTSON LLP
222 N. LaSalle St., Ste. 300
Chicago, IL 60601